IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JAZMIN GRAFF,** an individual,

    Plaintiff,

v.

**OREGON HEALTH AND SCIENCE UNIVERSITY,** an independent public corporation,

    Defendant.

No. 3:23-cv-01370-MO

**JUDGMENT**

**MOSMAN, J.**,

Oral argument on Defendant's Motion to Dismiss for Failure to Prosecute and for Sanctions [ECF 16] was held on April 9, 2025. For the reasons stated on the record, Defendant's motion to dismiss was granted in full. Plaintiff's Complaint [ECF 1] is dismissed with prejudice. Any pending motions are denied as moot.

IT IS SO ORDERED.

DATED April  9 , 2025.

*Michael W. Mosman*
MICHAEL W. MOSMAN
Senior United States District Judge

1 – JUDGMENT