Caroline Janzen, OSB #176233
caroline@ruggedlaw.com
Paul Janzen, OSB #176240
paul@ruggedlaw.com
503-520-9900
RUGGED LAW, INC.
5201 SW Westgae Dr. Bldg B Suite 300
Portland, OR 97221
503-520-9900
Of Attorneys for Plaintiff

IN THE FEDERAL DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAZMIN GRAFF, an Individual,<br><br>                Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, an independent public corporation,<br><br>                Defendant. | Case No. 3:23-cv-01370-MO<br><br>DECLARATION OF JAZMIN GRAFF RE: STATEMENT REGARDING REPRESENTATION BY COUNSEL<br><br>(AS ORDERED BY Judge Michael W. Mosman) |

I, Jazmin Graff certify and declare and make this statement as follow in my own words:

When I approached the Janzen office several years ago, they were very upfront with me that there was a tremendous amount of people in my situation and very few lawyers out there to help. Caroline and Paul were also upfront with me about the proceeding where you dismissed my case. They explained to me that the court found that they had failed in their duty to prosecute my case in a timely manner. I understand that they missed deadlines, including discovery deadlines that caused opposing counsel to file a motion to sanction the Janzen's or at best from their

Page 1 – DECLARATION OF JAZMIN GRAFF

Rugged Law, Inc.
5201 SW Westgate Blvd. Bldg B Suite 300
Portland, Oregon 97221
503-520-9900

perspective dismiss my case entirely for this situation. They did not make a single excuse for this situation. They were also very candid about their failures, and we had a long conversation about it.

The Janzens explained to me that I had options (for example contacting the PLF or pursuing other remedies such as that); however I made an informed decision that I would simply just appeal this decision and that the Janzens have worked so hard and helped so many people that I would just take my chances going down that path.

I know of the court's decision which, quite honestly, I find astonishing. I am not understanding why the court would punish me (or the Janzens considering the number of people they have helped navigate this unprecedented situation). It is my understanding that you stated on the record that sanctions would not punish them enough because they are already being sanctioned, and the pattern of conduct has not changed. I understand that they are a small firm that has the challenge of handling many cases. I do not believe that they intentionally made any mistakes on any cases. I believe that they have done the best that they can for many people who found themselves in a situation where a large number of people needed legal representation and there were not enough lawyers brave enough to take on this endeavor.

Your belief is that dismissing my case with prejudice would punish them. Punishment is the last thing I believe that this firm deserves and if your goal is to punish someone, you have punished me, not them. That is unfathomable to me considering how Covid-19 changed the world and you had a small firm working around the clock to help as many people as they could try to keep their lives together.

My sincere hope is that the appellate judges will view this decision as punitive and wrong.

Page 2 – DECLARATION OF JAZMIN GRAFF

**Rugged Law, Inc.**
5201 SW Westgate Blvd. Bldg B Suite 300
Portland, Oregon 97221
503-520-9900

DATED: July 8, 2025

                                        RUGGED LAW, INC.

                                        *[signature]*
                                        ID XjLcrxkqxq4KLJPfbhABEbU5

                                        Jazmin Graff

Page 3 – DECLARATION OF JAZMIN GRAFF

**Rugged Law, Inc.**
5201 SW Westgate Blvd. Bldg B Suite 300
Portland, Oregon 97221
503-520-9900

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading on all counsel of record on the date set forth below via the Court's CM/ECF filing system, via email to:

BRENDA K. BAUMGART, OSB Bar No. 992160

brenda.baumgart@stoel.com

SOPHIE SHADDY-FARNSWORTH, OSB Bar No. 205180

sophie.shaddy-farnsworth@stoel.com

STOEL RIVES LLP

760 SW Ninth Avenue, Suite 3000

Portland, OR 97205

Telephone: 503.224.3380

DATED: July 8, 2025

/s/ Paul Janzen
Paul Janzen, OSB #176240

Page 4 – DECLARATION OF JAZMIN GRAFF

**Rugged Law, Inc.**
5201 SW Westgate Blvd. Bldg B Suite 300
Portland, Oregon 97221
503-520-9900

## eSignature Details

**Signer ID:**        **XjLcrxkqxq4KLJPfbhABEbU5**
Signed by:            Jazmin Graff
Sent to email:        graff8@gmail.com
IP Address:           72.177.38.239
Signed at:            Jul 8 2025, 8:10 am PDT